PRAECIPE FOR WARRANT



THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO.: 3:19cr168 HTW

PASCUAL LUCAS-PEREZ
a/k/a Eric G. Hernandez
a/k/a Eric Gonzalo Hernandez
(Wherever Found)

The Clerk of this Court will issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled cause on the 20th day of August, 2019.

This the 20th day of August, 2019.

D. MICHAEL HURST, JR.
United States Attorney

By: _____
LYNN MURRAY
ASSISTANT UNITED STATES ATTORNEY
MSB # 3690

Warrant issued:_____

(SLM/HSI)