AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT -3 2019
ARTHUR JOHNSTON
BY _____ DEPUTY

| | |
|---|---|
| United States of America<br>v.<br><br>Pascual Lucas-Perez<br>aka Eric G. Hernandez<br>aka Eric Gonzalo Hernandez<br>(Wherever Found)<br><br>*Defendant* | )<br>)<br>)  Case No.  3:19-cr-00168-HTW<br>)<br>)  **SEALED**<br>)<br>) |

## ARREST WARRANT

RECV USMS D43 21 AUG'19

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Pascual Lucas-Perez  aka Eric G. Hernandez aka Eric Gonzalo Hernandez                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

* FALSE REPRESENTATION OF U.S. CITIZENSHIP
* FRAUD AND MISUSE OF ID/SSN CARD
* MISUSE OF SOCIAL SECURITY NUMBER

Date:  08/20/2019

ARTHUR JOHNSTON, CLERK

*N. Dean*
*Issuing officer's signature*

City and state:   Jackson, MS

N. Dean, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)*  8-21-19  , and the person was arrested on *(date)*  10-2-19
at *(city and state)*   Jackson, MS                         .

Date:  10-2-19

For Agent
*Arresting officer's signature*

Tim Sanford
*Printed name and title*